JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISMAEL VALENCIA PEREZ, <br><br> Defendants. | Case No. **EDCV 07-906-VAP** <br> EDCR 05-078-VAP <br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion is DENIED.  The Court orders that such judgment be entered.

Dated: October 16, 2008

                                                  VIRGINIA A. PHILLIPS <br>
                                    United States District Judge